JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TONY BOWLIN, | CASE NO. 2:17-cv-06460-BRO(AFM) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT STIPULATION TO STAY THE CASE** |
| PEYTON CRAMER INFINITI, DBA AUTONATION INFINITI SOUTH BAY, et al., | |
| Defendants. | |

Having reviewed and considered the parties' Joint Stipulation to Stay the Case, and for good cause shown, the Court hereby GRANTS said stipulation.

IT IS HEREBY ORDERED that:

This action is STAYED until the Supreme Court issues its opinion in *Ernst & Young LLP v. Morris*, No. 16-300. In order to permit the Court to monitor this action, the Court orders the parties to file periodic status reports. The first such report is to be filed on November 17, 2017, unless the stay is lifted sooner. Successive reports shall be filed every 90 days thereafter. Each report must indicate on the face page the date on which the next report is due. All pending calendar dates, including Defendants' deadline to respond to the Amended

Complaint, are vacated by the Court.  A status conference will be held 30 days after the stay is lifted to set a schedule for further proceedings, including a new deadline for Defendants' responses to the Amended Complaint, as appropriate based on the decision in *Morris*.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.  The case is removed from the active docket of this Court.

IT IS SO ORDERED.

DATED: October 2, 2017

*Virginia A. Phillips*

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge