JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TONY BOWLIN, individually and on behalf of others similarly situated,<br>Plaintiff<br><br>v.<br><br>PEYTON CRAMER INFINITI, DBA AUTONATION INFINITI SOUTH BAY, et al.,<br>Defendants. | Case No.: 2:17-cv-06460-RGK-AFM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ARBITRATE PLAINTIFF'S CLAIMS ON AN INDIVIDUAL BASIS AND DISMISS THIS ACTION** |

1     Having reviewed and considered the parties' Joint Stipulation to Arbitrate Plaintiff's Claims on an Individual Basis and Dismiss This Action, the Court hereby GRANTS said stipulation.

    IT IS HEREBY ORDERED that

    Plaintiff's claims are referred to arbitration on an individual basis only. The above-entitled action is hereby dismissed.

    IT IS SO ORDERED.

Dated: September 10, 2018     _____
    Hon. R. Gary Klausner
    United States District Judge for the Central District of California